# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–3 | User: stehlem | Date Created: 11/15/2021 |
| Case: 21–03118–KRH | Form ID: B250HDL2 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Robert S. Westermann    rwestermann@hf–law.com

TOTAL: 1