Bankruptcy Case No. 15-32919-KRH

Adversary Proceeding Case No. 21-03118-KRH

## CERTIFICATE OF SERVICE

I, __Brittany B. Falabella__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __November 16, 2021__ (date) by:

[X] **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:
Tates Chapel Baptist Church
c/o Ricky Pollard, Interim Pastor
2760 County Road 26
Centre, AL 35960

Tates Chapel Baptist Church
P.O. Box 38
Centre, AL 35960

[ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

[ ] **Residence Service:** By leaving the process with the following adult at:

[ ] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] **Publication:** The defendant was served as follows: [Describe briefly]

[ ] **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

November 16, 2021
Date

_[signature: Brittany B. Falabella]_
Signature

Print Name: Brittany B. Falabella
Business Address: Hirschler Fleischer, P.C., 2100 East Cary Street
City: Richmond  State: VA  Zip: 23223

## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

Case Number   15-32919-KRH
Chapter   11
Adversary Proceeding Number 21-03118-KRH
Judge   Kevin R. Huennekens

In re:
Health Diagnostic Laboratory, Inc.
                                        Debtor(s)

Richard Arrowsmith, Liquidating Trustee
                                        Plaintiff(s)

V.

Tates Chapel Baptist Church
                                        Defendant(s)

### SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and will be required to submit a motion or answer in the complaint, which is attached to this summons to the Clerk of the Bankruptcy Court prior to trial. You have thirty days from the date of service of this summons to respond to the complaint. Pursuant to the Order entered May 30, 2017, on the Amended Procedures Governing Avoidance Acition Adversary Proceedings (dkt. Number 2740), a copy of which is also attached to this summons, this proceeding is stayed until further order of the Court. The stay imposed hereto includes, but is not limited to, the requirement to hold a pretrial conference, conduct formal discovery (including discovery related motions practice), amended pleadings (including complaints), and file dispositive motions and response thereto. Upon the lifting of the stay, after the completion of the mediation procedures described in the Courts' May 30, 2017 Order, the court shall issue a scheduling order for this case.

| ADDRESS OF CLERK: | William C. Redden<br>United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219 |
|---|---|

You must serve a copy of your motion or answer upon the plaintiff's attorney.

| NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY: | Robert S. Westermann<br>Hirschler Fleischer, P.C.<br>2100 East Cary Street<br>The Edgeworth Building<br>Richmond, VA 23223 |
|---|---|

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be scheduled by the Court at a later date.

IF YOU FAIL TO RESPOND TO THIS SUMMONS OR IF YOU OTHERWISE FAIL TO COMPLY WITH THE ORDER ENTERED MAY 26, 2016, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date: November 15, 2021

WILLIAM C. REDDEN, CLERK OF COURT
By /s/ Michelle Stehle
Deputy Clerk



[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions. Local Bankruptcy Rule 9013-1(O)].
[ver. B250HDLvMay2017.jsp]