# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| In re:<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**TATES CHAPEL BAPTIST CHURCH,**<br><br>Defendant. | Adversary Proceeding No. 21-03118 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

---

[1] The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)(the "**Debtors**").

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294)<br>Brittany B. Falabella (VSB No. 80131)<br>HIRSCHLER FLEISCHER<br>A PROFESSIONAL CORPORATION<br>The Edgeworth Building<br>2100 East Cary Street<br>Post Office Box 500<br>Richmond, Virginia 23218-0500<br>Telephone: 804.771.9500<br>Facsimile: 804.644.0957<br>E-mail: rwestermann@hirschlerlaw.com<br>bfalabella@hirschlerlaw.com | David I. Swan (VSB No. 75632)<br>Allison P. Klena (VSB No. 96400)<br>HIRSCHLER FLEISCHER, PC<br>8270 Greensboro Drive<br>Suite 700<br>Tysons, Virginia 22102<br>Telephone: 703.584.8900<br>Facsimile: 703.584.8901<br>E-mail: dswan@hirschlerlaw.com<br>aklena@hirschlerlaw.com |

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Rule 7041 of the Federal Rules of Bankruptcy Procedure, and the <u>Order Approving Amended Procedures for Avoidance Action Adversary Proceedings</u> [Docket No. 2740], Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating Trust, appointed pursuant to the confirmed <u>Modified Second Amended Plan of Liquidating Proposed by the Debtors</u> [Docket No. 995], by and through his undersigned counsel, hereby discontinues and dismisses the Complaint in the above-captioned Adversary Proceeding, with prejudice, with the parties to bear their own costs and expenses, including, without limitation, attorneys' fees.

DATED: October 17, 2022

Respectfully submitted,

*/s/ Brittany B. Falabella*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER
A Professional Corporation
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  804.771.9500
Facsimile:   804.644.0957
E-mail:       rwestermann@hirschlerlaw.com
                  bfalabella@hirschlerlaw.com

David I. Swan (VSB No. 75632)
Allison P. Klena (VSB No. 96400)
HIRSCHLER FLEISCHER, P.C.
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:  703.584.8900
Facsimile:   703.584.8901
E-mail:       dswan@hirschlerlaw.com
                  aklena@hirschlerlaw.com

*Counsel to Plaintiff Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, a true and correct copy of the foregoing was served using the Court's ECF system, which thereby caused it to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter. I further certify that on October 17, 2022, a true copy of the foregoing was sent First Class, postage prepaid, to the following:

    Tates Chapel Baptist Church
    c/o W.R. Baldwin, III, Esq.
    Meyer Baldwin Long & Moore, LLP
    5600 Grove Ave.
    Richmond, Virginia 23226

                                          /s/ Brittany B. Falabella
                                                  Counsel